IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § <br> *ex rel.* Patrick Girard, § <br> § <br> Plaintiff, § <br> § Civil Action No.: 4:17-cv-00147 <br> v. § Judge Mazzant <br> § <br> LOCKHEED MARTIN CORPORATION, § <br> § <br> Defendant. § | |

## ORDER

The United States having intervened in this action for the purpose of effectuating a settlement agreement between the United States, the Defendant, and Relator Patrick Girard ("Relator"), pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the Court rules as follows:

IT IS ORDERED that,

1. the Relator's complaints, the Government's Notice of Intervention, and this Order be unsealed;

2. all other papers or Orders on file in this matter shall remain under seal; and

3. the seal shall be lifted on all matters occurring in this action after the date of this Order.

**IT IS SO ORDERED**

**SIGNED this 4th day of February, 2025.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE