IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* Patrick Girard,<br><br>  Plaintiff,<br><br>v.<br><br>LOCKHEED MARTIN CORPORATION,<br><br>  Defendant. | §<br>§<br>§<br>§<br>§  Civil Action No.: 4:17-cv-00147<br>§<br>§<br>§<br>§<br>§ |

## ORDER

The United States, having intervened in part in this action for the purpose of effectuating the settlement agreement ("the Settlement Agreement") between the United States, the Defendant, and Relator Patrick Girard ("Relator"), pursuant to the False Claims Act, 31 U.S.C. 3730(b)(2) and (4), and the United States and Relator having filed a Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A),

**IT IS HEREBY ORDERED** that:

1. Consistent with the terms of the Settlement Agreement, the claims asserted by Relator in this action on behalf of the United States against the Defendant for the Covered Conduct as defined in the Settlement Agreement are dismissed with prejudice;

2. The remaining claims asserted by Relator against the Defendant are dismissed with prejudice to Relator and without prejudice to the United States; and

3. The Court shall retain jurisdiction over the United States, the Relator, and the Defendant to the extent necessary to enforce the terms and conditions of the Settlement Agreement, and over the United States and the Relator to the extent

necessary to adjudicate Relator's claim for a statutory share of the proceeds pursuant to 31 U.S.C. § 3730(d).

**IT IS SO ORDERED.**

**SIGNED this 6th day of February, 2025.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE